Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.
            Plaintiff(s),

v.

JAZZ PHARMACEUTICALS, INC.; et al.,
            Defendant(s).

Case No: 5:20-CV-04671

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kathryn J. Mims, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Hikma Pharmaceuticals USA Inc., Roxane Laboratories, Inc. (d/b/a Hikma Labs Inc.), and Eurohealth (U.S.A.), Inc. in the above-entitled action. My local co-counsel in this case is Heather M. Burke, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 701 Thirteenth Street, NW<br>Washington, District of Columbia 20005 | 3000 El Camino Real, 2 Palo Alto Square, Suite 900, Palo Alto, CA 94306 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (202) 626-3600 | (650) 213-0300 |
| My email address of record: | Local co-counsel's email address of record: |
| kathryn.mims@whitecase.com | hburke@whitecase.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1021559.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/23/20

                                      Kathryn J. Mims
                                      APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kathryn J. Mims is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 23, 2020

                              *Susan van Keulen*
                  UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE