Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC.; et al.,<br><br>Defendant(s). | Case No: 5:20-CV-04671<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Jack E. Pace, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Hikma Pharmaceuticals USA Inc., Roxane Laboratories, Inc. (d/b/a Hikma Labs Inc.), and Eurohealth (U.S.A.), Inc. in the above-entitled action. My local co-counsel in this case is Heather M. Burke, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1221 Avenue of the Americas<br>New York, NY 10020 | 3000 El Camino Real, 2 Palo Alto Square, Suite 900, Palo Alto, CA 94306 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 819-8200 | (650) 213-0300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jpace@whitecase.com | hburke@whitecase.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2947372.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/23/20

Jack E. Pace
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jack E. Pace is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 23, 2020

*Susan van Keulen*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE